IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:04CR50

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| J. CONCEPCION NUNEZ-BERRERA (2), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion for Peremptory Setting of Trial, filed June 23, 2006. On June 28, 2006, Defendant signed a Plea Agreement with the Government and is currently scheduled for a plea hearing before United States Magistrate Judge David Keesler on July 7, 2006. Therefore, the Government's request for a peremptory setting of the trial in this matter is moot.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Peremptory Setting of Trial is hereby **DENIED AS MOOT**.

Signed: July 5, 2006

Richard L. Voorhees
United States District Judge