IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CRIMINAL DOCKET NO. 5:04CR50-2-V

FILED
STATESVILLE, N.C.

MAR 1 6 2007

U.S. DISTRICT COURT
W. DIST. OF NC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER**<br>**FOR EXPERT FEES** |
| | ) | |
| CONCEPCION NUNEZ-BERRERA | ) | |

**THIS MATTER** is before the Court on Defendant's Motion For Additional Funds For Interpreter And Translation Services, filed 19 February 2007. In his Motion, Defendant requests authorization for additional funds for interpreting and translation services that were essential to the defense counsel in negotiating a plea and in advising the Defendant about entering into a plea agreement versus proceeding to trial. For the reasons stated in Defendant's Motion, the Court finds that the requested services are necessary and that Defendant is indigent and financially unable to obtain such services. **18 U.S.C. §3006A(e)(1).**

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion For Additional Funds To Pay Interpreter is **GRANTED**.

**IT IS, FURTHER ORDERED** that Monica Bew (Niki's International Ltd., P. O. Box 56211, Charlotte, N. C. 28256) shall be compensated in an additional amount, up to $990.00, exclusive of expenses reasonably incurred, subject to determination of reasonableness. The Clerk is directed to send copies of this Order to defense counsel, and the attorney for the United States.

Signed: 14 March 2007

Richard L. Voorhees
United States District Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

## AUTHORITY FOR INTERPRETER SERVICES

TO: Chief Judge William W. Wilkins
FROM: Judge Richard L. Voorhees
DATE: 21 February 2007
RE: <u>USA v. J. CONCEPCION NUNEZ-BERRERA</u>
5:04CR50-2

Defendant has requested that advance authority be granted to obtain services in an amount in excess of the maximum ($1,600.00) allowed under the provisions of the Criminal Justice Act, 18 U.S.C. §3006A(e) (3), as follows:

INTERPRETER:  Monica Bew
Niki's International Ltd.
P. O. Box 56211
Charlotte, N. C. 28256

REASON FOR APPLICATION:  To aid defense counsel in preparing for court proceedings. See attached copy of Defendant's motion.

PROPOSED FEE:  $990.00 in addition to the $1900.00 previously approved for this interpreters services in this matter.

I recommend approval of this authorization in an amount up to an additional $990.00 exclusive of reimbursement for expenses reasonably incurred, subject to further review for reasonableness.

21 February 2007

RICHARD L. VOORHEES
United States District Court Judge

I approve this advance authorization in an amount up to $ 990.00.

William W. Wilkins
Chief Judge, United States Court of Appeals
For the Fourth Circuit

3/6 2007